**FILED**

JUN 13 2023  SC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-CR-356
JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violation: Title 18, United States Code, Section 471 |
| MARQUISE SHORES | **UNDER SEAL** |

### COUNT ONE

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

Beginning no later than April 2022, and continuing until on or about March 10, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

MARQUISE SHORES,

defendant herein, with intent to defraud, falsely made, forged, counterfeited, and altered obligations of the United States, namely Federal Reserve notes in denominations of one hundred dollars;

In violation of Title 18, United States Code, Section 471.

# FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2022 GRAND JURY further alleges:

1. The allegations contained in Count 1 of the Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 492;

2. As a result of his violation of Title 18, United States Code, Section 471, as alleged in Count 1 of the foregoing Indictment,

MARQUISE SHORES,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 492, any and all right, title, and interest he may have in any counterfeit obligations of the United States; any articles, devices, and other things made, possessed, or used in violation of Title 18, United States Code, Section 471; and any material or apparatus used or fitted or intended to be used, in the making of counterfeit United States obligations, found in the possession of the defendant without authority from the Secretary of the Treasury or other proper officer;

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 492, are three Epson XP-6100 Model C561E printers; thirty-five Epson ink cartridges; one genuine $100 note bearing the serial number F50970969A; two genuine $1 notes; twenty-seven bleached $1 notes; thirty-four counterfeit $100 notes bearing serial number F50970969A; and two counterfeit $100 note bearing serial number CJ05083859A.

All pursuant to Title 18, United States Code, Section 492.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY